The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>  Defendant. | NO.    2:25-cv-00729-RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Expeditors International of Washington, Inc. hereby voluntarily dismisses this action without prejudice.

DATED: August 1, 2025.

**FENNEMORE CRAIG, P.C.**

By   *s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA  98101-2272
   Telephone: 206.749.0500
   Email:  swilley@fennemorelaw.com

*Attorneys for Plaintiff*
*Expeditors International of Washington, Inc.*

NOTICE OF VOLUNTARY DISMISSAL - 1
No. 2:25-cv-00729-RAJ

**FENNEMORE CRAIG, P.C.**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500